UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL WORKERS
ORGANIZATIONAL TRUST, et al.,

　　　　　Plaintiffs,

vs.

NORTHWEST REFRIGERATION
SERVICES, LLC.,

　　　　　Defendant.

NO.   C22-1764RSL

ORDER TO SHOW CAUSE

　　　　This matter comes before the Court sua sponte.  The above entitled case was filed on December 14, 2022. A Clerk's Entry of Default was filed on March 13, 2023.  No documents have been filed since March 13, 2023.

　　　　Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1).  Plaintiff shall file a responsive brief no later than January 4, 2024.  The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, January 5, 2024.

　　　　DATED this 14th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO SHOW CAUSE